```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 17-05071-RNO
Nusmira Dedic                                                           Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: KADavis                 Page 1 of 2                  Date Rcvd: Jul 27, 2018
                              Form ID: ntcnfhrg             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db             +Nusmira Dedic,    5 Queen Anne Court,    Camp Hill, PA 17011-1733
5000809        +Apothaker Scian,    520 Fellowship Road C306,    PO Box 5496,    Mt Laurel, NJ 08054-5496
5000810       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    PO Box 982238,    El Paso, TX   79998)
5000812         Bureau of Acct Mgmt Pinnacle,    3607 Rosemont Ave Suite 502,    PO Box 8875,
                 Camp Hill, PA 17001-8875
5000813        +Bureaus fka Cap One,    650 Dundee Rd Suite 370,    Northbrook, IL 60062-2757
5084068         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5000814        +Cavalry Assignee Citibank,    500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
5000815        +Cavalry Portfolio Citibank,    500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2322
5000816        +Citimortgage,    PO Box 6243,   Sioux Falls, SD 57117-6243
5000819        +Elanco Financial,    PO Box 108,   St Louis, MO 63166-0108
5000820        +Enmina Memic,    600 Meadow,   Camp Hill, PA 17011-1824
5000823        +M&T Bank Mortgage,    PO Box 900,   Millsboro DE 19966-0900
5000824        +Macys,   PO Box 8218,   Mason, OH 45040-8218
5000827         Midland Funding fka Citibank,    2365 Northland Drive,    Suite 300,    San Diego, CA  92108
5000828        +Mustafa Dedic,    5 Queen Anne Ct,   Camp Hill, PA 17011-1733
5086844        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
5000829         Portfolio Recovery fka Capital One,    120 Corp Blvd Ste 100,    Norfolk, VA   23502
5000830        +Sears Citibank,    PO Box 6282,   Sioux Falls, SD 57117-6282
5000831        +Second Round Retail fka Sync,    4150 Freidrich Lane Suite I,    Austin, TX 78744-1052
5080221       ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:   U.S. Bank National Association,    dba Elan Financial Services,
                  Bankruptcy Department,    PO Box 108,   St. Louis MO 63166-0108)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5000811        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 27 2018 19:22:40     Bon Ton,    PO Box 182789,
                 Columbus, OH 43218-2789
5085779        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2018 19:28:01
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
5074350        +E-mail/Text: bankruptcy@cavps.com Jul 27 2018 19:23:02     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5000817        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 27 2018 19:22:40     Comenity Bank,
                 PO Box 182789,    Columbus, OH 43218-2789
5000818        +E-mail/PDF: creditonebknotifications@resurgent.com Jul 27 2018 19:27:32     Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
5000822        +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 27 2018 19:22:26     Kohls,    PO Box 3115,
                 Milwaukee, WI 53201-3115
5087483         E-mail/Text: camanagement@mtb.com Jul 27 2018 19:22:36     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
5000825        +E-mail/Text: camanagement@mtb.com Jul 27 2018 19:22:36     MandT Bank,    PO Box 900,
                 Millsboro, DE 19966-0900
5000826        +E-mail/Text: camanagement@mtb.com Jul 27 2018 19:22:36     MandT Bank,
                 1 Fountain Plaza 9th Floor,    Buffalo, NY 14203-1495
5000911        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2018 19:49:48
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5074573         E-mail/Text: bnc-quantum@quantum3group.com Jul 27 2018 19:22:42
                 Quantum3 Group LLC as agent for,    Second Round LP,    PO Box 788,    Kirkland, WA  98083-0788
5000832        +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2018 19:27:58     Synchrony Bank Walmart,
                 PO Box 965024,    Orlando, FL 32896-5024
5000833        +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2018 19:27:58     Toys R Us Sychrony Bank,
                 PO Box 965001,    Orlando, FL 32896-5001
5000834        +E-mail/Text: vci.bkcy@vwcredit.com Jul 27 2018 19:22:58     VW Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5000821       ##+Helping America Group,    150 E Palmetto Park Rad,    Suite 800,    Boca Raton, FL 33432-4833
                                                                                               TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Michael S Travis    on behalf of Debtor 1 Nusmira  Dedic Mtravislaw@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Nusmira Dedic,
**Debtor 1**

Chapter 13

Case No. 1:17−bk−05071−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **August 29, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 5, 2018 <br> Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KADavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 27, 2018 |

ntcnfhrg (03/18)