IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
Nusmira Dedic ) CHAPTER 13
) No. 1-17-05071 HWV
Debtors )

DEBTOR'S AMENDED SCHEDULE

The Debtor(s) in the above-captioned case hereby amend schedule

E(adding tax claim) by substituting the attached schedule for the schedule

\originally filed, pursuant to Fed. R. Bankr. P. 1009.


/s/ Michael S. Travis
Dated:    8/10/18            By:_____
                            Michael S. Travis
                            ID No. 77399
                            3904 Trindle Road
                            Camp Hill, PA  17011
                            (717) 731-9502
                            mtravislaw@comcast.net
                            Attorney for Debtor

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Nusmira | Dedic |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DIST. OF PENNSYLVANIA

Case number  17-05071
(if known)

☑ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   - ☐ No. Go to Part 2.
   - ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

Internal Revenue Service
Priority Creditor's Name

PO Box 7346
Number    Street

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| | $18,672.51 | $18,672.51 | $0.00 |

Last 4 digits of account number   7  0  1  5

When was the debt incurred?   2016

Philadelphia        PA      19101-7346
City              State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

Case 1:17-bk-05071-RNO    Doc 57    Filed 08/10/18    Entered 08/10/18 10:17:57    Desc
Main Document      Page 2 of 4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                     )
Nusmira Dedic           ) CHAPTER 13
                      ) No. 1-17-05071 HWV
              Debtors       )

### Debtor(s) Verification

I declare under penalty of perjury that I have read the attached

amended schedule(s) and they are true and correct to the best of my knowledge,

information and belief.

Date:  8/9/18                   /s/ Nusmira Dedic
                                        _____
                                        Nusmira Dedic, Debtor

Date:                                     _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
Nusmira Dedic ) CHAPTER 13
) No. 1-17-05071 HWV
Debtors )

Certificate of Service Amended Schedule E

I, Michael S. Travis, attorney for the Debtor(s), hereby certifies that a copy of the foregoing amendment of the Debtor(s) has this day been served upon the trustee in this case and affected creditor(s) and persons listed as follows by first-class mail or the means specified.

Charles J. DeHart, III, Esquire
Standing Chapter 13 Trustee
(electronically served)

United States Trustee
(electronically served)

Nusmira Dedic
(electroncically served)

Internal Revenue Service
Dept of Treasury
Cincinnati, OH 45999

Internal Revenue Service
PO Box 73646
Philadelphia, PA 19101

/s/ Michael S. Travis
_____
Michael S. Travis
Attorney for Debtor(s)
3904 Trindle Road
Camp Hill, PA 17011
(717) 731-9509

Date: 8/10/18