LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
Nusmira Dedic

**Debtor(s)**

M&T Bank and
Charles J. DeHart, III
Standing Chapter 13 Trustee

**Plaintiff(s)/Movant(s)**

vs.

Nusmira Dedic

**Defendant(s)/Respondent(s)**

CHAPTER  13

CASE NO.  1 -17 -bk- 05071RNO

ADVERSARY NO.  __-__-ap-_____
(if applicable)

Nature of Proceeding: confirmation hearing

#7 on call list

Document #: _____

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Debtor needs more time to modify documents and or amend plan

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 8/31/18

/s/ Michael S. Travis

Attorney for Debtor

Name: Michael S. Travis

Phone Number: 717-731-9509

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.