# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| **Nusmira Dedic** | ) **Chapter 13** |
|         **Debtor** | ) Case No. 1-17-05071 |
| | ) |
| **Nusmira Dedic** | ) |
|         **Movant** | ) |
| vs. | ) |
| | ) |
| **Charles J. DeHart,** | ) |
| **Chapter 13 Trustee,** | ) |
| **Nationstar d/b/a Mr. Cooper** | ) |
| **M&T Bank** | ) |
|         **Respondents** | ) |

## NOTICE TO CREDITORS AND PARTIES IN INTEREST

**A Motion to Sell Real Estate** was filed by the Debtor on Nov. 2, 2018.

The real estate is located at 5 Queen Anne Court, Camp Hill, PA 17011. The purchase price is $211,000.00. The purchasers are Tara and Anthony Cramer. The real estate is being sold at a private sale.

All equity in the transaction, is claimed by the Debtor as either exempt at the time of filing, or represents debt payment during the bankruptcy or an increase in the value of the real estate post-petition which is not part of the Debtor's bankruptcy estate. A copy of the Purchase Agreement may be reviewed at the Bankruptcy Clerk's Office.

If no objection and a request for a hearing are timely filed with the Bankruptcy Clerk, on or before 11/23/ 2018, the Court will act on said Motion without a hearing.

If you wish to contest this matter, file a written objection in the form of a responsive pleading and request a hearing. Any filing must conform to the rules of bankruptcy procedure unless the Court directs otherwise.

Date: 11/2/18                           **CLERK, U.S. BANKRUPTCY COURT**
                                        Ronald Reagan Federal Building
                                        228 Walnut Street, Room 320
                                        Harrisburg, PA 17101

mailed by: Michael S. Travis, 3904 Trindle Road, Camp Hill, PA 17011