Michael S. Travis
Attorney at Law
ID No. 77399
3904 Trindle Road
Camp Hill, PA 17011
717-731-9502

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| **Nusmira Dedic** | ) **Chapter 13** |
| Debtor | ) **Case No. 1-17-05071** |
| | ) |
| **Nusmira Dedic** | ) |
| Movant | ) |
| vs. | ) |
| | ) |
| **Charles J. DeHart,** | ) |
| **Chapter 13 Trustee,** | ) |
| **Nationstar d/b/a Mr. Cooper** | ) |
| **M&T Bank** | ) |
| Respondents | ) |

## PRAECIPE TO WITHDRAW
Motion to Sell Real Estate Free and Clear of Liens

**TO THE CLERK:**

**Kindly withdraw the above captioned motion.**

Date: 11/2/18    /s/ Michael S. Travis

_____
Michael S. Travis
Sig. Attorney for Debtor
3904 Trindle Road
Camp Hill, PA 17011
717-731-9509