# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**NUSMIRA DEDIC**

**NUSMIRA DEDIC**

Movant(s)

vs.

**CHARLES J. DEHART, CHAPTER 13 TRUSTEE**
**NATIONSTAR d/b/a MR. COOPER**
**M&T BANK**

Respondent(s)

Chapter: 13

Case No.: 1-17-bk-05071 RNO

Document No.: 65

Nature of Proceeding: Motion for Expedited Consideration

## ORDER

After review of the Motion for Expedited Consideration, as well as the underlying Motion to Sell Real Estate Pursuant to L.R. 6004-1, the Court finds as follows:

1. The Court cannot determine whether the Debtor/Movant seeks to sell the subject property under and subject to liens pursuant to § 363(b), or, free and clear of liens pursuant to § 363(f) of the Bankruptcy Code.

2. No motion has been filed to shorten the required 21-day notice to creditors and parties in interest required for any sale pursuant to F.R.B.P. 2002(a)(2).

Based upon the foregoing findings, the Motion for Expedited Consideration is DENIED.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

November 6, 2018

Order – Blank with Parties - Revised 04/18