IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| Nusmira Dedic | ) Chapter 13 |
|     Debtor | ) Case No. 1-17-05071 |
| | ) |
| Nusmira Dedic | ) |
|     Movant | ) |
| vs. | ) |
| | ) |
| Charles J. DeHart, | ) |
| Chapter 13 Trustee, | ) |
| Nationstar d/b/a Mr. Cooper | ) |
| M&T Bank | ) |
|     Respondents | ) |

ORDER

Upon consideration of the Motion to Shorten Notice Period to Creditors and Parties in Interest Under F.R.B.P. 2002(a)(2), it is

ORDERED that the Motion is GRANTED and the notice period for Debtor's Amended Motion to Sell Real Estate Pursuant to L.R. 6004-1 and 11 USC 363(b) is shortened from twenty-one (21) days to fourteen (14) days as to all creditors, secured and unsecured, the Chapter 13 Trustee, and the United States Trustee, and parties in interest.

Dated: November 09, 2018      By the Court,

_Robert N. Opel II_ (signature)
_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)