# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

NUSMIRA DEDIC

|  |  |
|---|---|
| Chapter: | 13 |
| Case No.: | 1-17-bk-05071 RNO |

NUSMIRA DEDIC

**Movant(s)**

vs.

CHARLES J. DeHART, CHAPTER 13 TRUSTEE
NATIONSTAR d/b/a MR. COOPER
M&T BANK

**Respondent(s)**

| Document No.: | 68 |
|---|---|
| Nature of Proceeding: | Motion for Expedited Consideration |

## ORDER

After due consideration of the Amended Motion for Expedited Consideration filed to Docket No. 68, the Court finds the following:

1. No hearing is required for an under and subject sale pursuant to 11 U.S.C. § 363(b); and,

2. On this date, the Court entered an Order shortening notice on the Amended Motion to Sell Real Estate Pursuant to L.R. 6004-1 and 11 USC 363(b) from twenty-one (21) days to fourteen (14) days pursuant to F.R.B.P. 9006(c).

Based upon the above findings, it is

ORDERED that the Motion for Expedited Consideration is DENIED.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

November 9, 2018