IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
Nusmira Dedic ) CHAPTER 13
) No. 1-17-05071 RNO
Debtors )

## DEBTOR'S AMENDED SCHEDULE J

The Debtor(s) in the above-captioned case hereby amend schedule I (correcting changes to expenses since the time of filing) by substituting the attached schedule for the schedule originally filed, pursuant to Fed. R. Bankr. P. 1009.

Dated: 11-12-18

By: _____
Michael S. Travis
ID No. 77399
3904 Trindle Road
Camp Hill, PA 17011
(717) 731-9502
mtravislaw@comcast.net
Attorney for Debtor

# Fill in this information to identify your case:

Debtor 1: **Nusmira** _____ **Dedic**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number (if known): **17-05071**

Check if this is:
- ☐ An amended filing
- ☑ A supplement showing postpetition chapter 13 expenses as of the following date:
  _____ MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☑ No. Go to line 2.
   - ☐ Yes. Does Debtor 2 live in a separate household?
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   - ☐ No
   - ☑ Yes. Fill out this information for each dependent.............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | son | 17 | ☐ No ☑ Yes |
   | son | 15 | ☐ No ☑ Yes |
   | son | 10 | ☐ No ☑ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☑ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence.
   Include first mortgage payments and any rent for the ground or lot.         4. $800.00

   If not included in line 4:

   4a. Real estate taxes                                                       4a. _____
   4b. Property, homeowner's, or renter's insurance                            4b. _____
   4c. Home maintenance, repair, and upkeep expenses                           4c. _____
   4d. Homeowner's association or condominium dues                             4d. _____

Official Form 106J                Schedule J: Your Expenses                    page 1

Debtor 1  **Nusmira Dedic**  Case number (if known) **17-05071**

Your expenses

5. Additional mortgage payments for your residence, such as home equity loans   5. _____

6. Utilities:
    - 6a. Electricity, heat, natural gas    6a. _____
    - 6b. Water, sewer, garbage collection    6b. _____
    - 6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $300.00
    - 6d. Other. Specify: __cell ph__    6d. _____

7. Food and housekeeping supplies    7. _____

8. Childcare and children's education costs    8. _____

9. Clothing, laundry, and dry cleaning    9. _____

10. Personal care products and services    10. _____

11. Medical and dental expenses    11. _____

12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments.    12. _____

13. Entertainment, clubs, recreation, newspapers, magazines, and books    13. _____

14. Charitable contributions and religious donations    14. _____

15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance    15a. _____
    - 15b. Health insurance    15b. _____
    - 15c. Vehicle insurance    15c. $124.00
    - 15d. Other insurance. Specify: _____    15d. _____

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16. _____

17. Installment or lease payments:
    - 17a. Car payments for Vehicle 1   vw    17a. $452.00
    - 17b. Car payments for Vehicle 2   vw    17b. _____
    - 17c. Other. Specify: **husband cc**    17c. _____
    - 17d. Other. Specify: _____    17d. _____

18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).    18. _____

19. Other payments you make to support others who do not live with you.
    Specify: _____    19. _____

20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    - 20a. Mortgages on other property    20a. _____
    - 20b. Real estate taxes    20b. _____
    - 20c. Property, homeowner's, or renter's insurance    20c. _____
    - 20d. Maintenance, repair, and upkeep expenses    20d. _____
    - 20e. Homeowner's association or condominium dues    20e. _____

Official Form 106J          Schedule J: Your Expenses          page 2

Debtor 1  Nusmira Dedic    Case number (if known) 17-05071

21. Other. Specify: _____ 21. + _____

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21. 22a. $1,676.00

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. 22b. _____

   22c. Add line 22a and 22b. The result is your monthly expenses. 22c. $1,676.00

23. **Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from Schedule I. 23a. $2,072.00

   23b. Copy your monthly expenses from line 22c above. 23b. − $1,676.00

   23c. Subtract your monthly expenses from your monthly income.
   The result is your monthly net income. 23c. $396.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☐ No.
   ☑ Yes. Explain here:
   Debtor will reside with parents
   paying $800 to cover food/exp

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
Nusmira Dedic )
) CHAPTER 13
) No. 1-17-05071 RNO
Debtors )

Debtor(s) Verification

I declare under penalty of perjury that I have read the attached amended schedule(s) and they are true and correct to the best of my knowledge, information and belief.

Date: 10-29-18

_Nusmira Dedic_
Nusmira Dedic, Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
Nusmira Dedic ) CHAPTER 13
) No. 1-17-05071 RNO
        Debtors )

Certificate of Service Amended Schedule J

    I, Michael S. Travis, attorney for the Debtor(s), hereby certifies that a copy of the foregoing amendment of the Debtor(s) has this day been served upon the trustee in this case and affected creditor(s) and persons listed as follows by first-class mail or the means specified.

        Charles J. DeHart, III, Esquire
        Standing Chapter 13 Trustee
        (electronically served)

        United States Trustee
        (electronically served)

        Nusmira Dedic
        (electronically served)

        _____
        Michael S. Travis
        Attorney for Debtor(s)
        3904 Trindle Road
        Camp Hill, PA 17011
        (717) 731-9509

Date: 11-12-08