Michael S. Travis
Attorney At Law
3904 Trindle Road
Camp Hill, PA 17011

Telephone (717) 731-9502
Fax (717) 731-9511

Nov. 14, 2018

ELECTRONIC LETTER ONLY
United States Bankruptcy Court
Ronald Reagan Federal Building
Office of the Clerk
228 Walnut Street
Harrisburg, PA 17101

Re:  Nusmira Dedic, **Chapter 13 No. 1-17-05071 RNO**
*Change to Mailing Matrix*

To the Clerk:

The address on the mailing matrix to "Second Round Retail, fka Snyc, 4150 Freidrich Lane, Suite I, Austin, TX 78744" is incorrect. Please strike this address from the mailing matrix.

The new corrected name and address of the creditor is:

Second Round fka Sync
1701 Directors Blvd Suite 900
Austin, TX 78744

A copy of the Nov. 9, 2018 sale Notice has been sent to this creditor at the above address. Please contact my office should you have any questions or concerns.

Very truly yours,

*Michael S. Travis*

Michael S. Travis
Attorney for Debtor(s)

MST
pc:   creditor(s) (w/notice)