IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ) CHAPTER 13
Nusmira Dedic )
       Debtor ) Case 17-005071HWV

WITHDRAWAL OF 2ND AMENDED PLAN

TO THE CLERK:

Debtor withdraws the 2nd amended plan filed March 27, 2019

/s/ Michael S. Travis

Michael S. Travis
3904 Trindle Road
Camp Hill, PA 17011
717-731-9509
*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ) CHAPTER 13
Nusmira Dedic )
        Debtor ) Case 17-005071HWV

CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document was served on the below persons by first class U.S. mail, postage prepaid:

mailing matrix used is attached

United States Trustee
(electronically served)

Chapter 13 Trustee
(electronically served)

                                    /s/ Michael S. Travis

                                    _____
                                    Michael S. Travis
                                    3904 Trindle Road
                                    Camp Hill, PA  17011
                                    717-731-9502

Date:  3/29/2019