
RECEIVED 4/19/23

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
Nusmira Dedic ) CHAPTER 13
)
Debtors )
) CASE NO. 1-17--5071 HWV

### CHAPTER 13 DEBTOR'S CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS AND 11 USC SECTION 522(q)

*If a joint petition is filed, each spouse must complete and file a separate certification*

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

**X** I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

___ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address is: _____
My current employer and my employer's address: _____
_____

*Part III. Certification Regarding Section 522(q)(check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

**x** I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1) and (2) that exceeds the aggregate value allowed in 11 USC Sect. 522(q)(1), and (2) that exceeds $189,050* in value in the aggregate.

___ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a

residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1) and (2) that exceeds that exceeds $189,050* in value in the aggregate.

*Amounts are subject to adjustment on 4/1/25 and every 3 years thereafter with respect to case commenced on or after the date of adjustment

Part IV. Debtor's Signature

    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

DATED: 4/17/2023    BY: *Nusmira Dedic*
                                        Nusmira Dedic, Debtor

revised form 2830 7/14/22