United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                                        Case No. 17-05071-HWV

Nusmira Dedic                                                                                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                                                   User: AutoDocke                                                                                      Page 1 of 3
Date Rcvd: Apr 21, 2023                                                Form ID: 3180W                                                            Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nusmira Dedic, 5 Queen Anne Court, Camp Hill, PA 17011-1733 |
| 5000809 | + | Apothaker Scian, 520 Fellowship Road C306, PO Box 5496, Mt Laurel, NJ 08054-5496 |
| 5000812 | | Bureau of Acct Mgmt Pinnacle, 3607 Rosemont Ave Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5000813 | + | Bureaus fka Cap One, 650 Dundee Rd Suite 370, Northbrook, IL 60062-2757 |
| 5000814 | + | Cavalry Assignee Citibank, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 5000815 | + | Cavalry Portfolio Citibank, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 5000819 | + | Elanco Financial, PO Box 108, St Louis, MO 63166-0108 |
| 5000820 | + | Enmina Memic, 600 Meadow, Camp Hill, PA 17011-1824 |
| 5000821 | + | Helping America Group, 150 E Palmetto Park Rad, Suite 800, Boca Raton, FL 33432-4833 |
| 5094805 | | INTERNAL REVENUE SERVICE, PO BOX 73646, PHILADELPHIA, PA 19101 |
| 5000827 | | Midland Funding fka Citibank, 2365 Northland Drive, Suite 300, San Diego, CA 92108 |
| 5000828 | + | Mustafa Dedic, 5 Queen Anne Ct, Camp Hill, PA 17011-1733 |
| 5000829 | | Portfolio Recovery fka Capital One, 120 Corp Blvd Ste 100, Norfolk, VA 23502 |
| 5000831 | + | Second Round fka Sync, 1701 Directors Blvd Suite 900, Austin, TX 78744-1098 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5000810 | + | EDI: BANKAMER.COM | Apr 21 2023 22:32:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5000811 | + | EDI: WFNNB.COM | Apr 21 2023 22:32:00 | Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 5085779 | + | EDI: RECOVERYCORP.COM | Apr 21 2023 22:32:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5084068 | | Email/PDF: bncnotices@becket-lee.com | Apr 21 2023 18:47:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5074350 | + | Email/Text: bankruptcy@cavps.com | Apr 21 2023 18:33:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5000816 | + | EDI: CITICORP.COM | Apr 21 2023 22:32:00 | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 5000817 | + | EDI: WFNNB.COM | Apr 21 2023 22:32:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 5000818 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 21 2023 18:37:46 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5000824 | + | EDI: CITICORP.COM | Apr 21 2023 22:32:00 | Macys, PO Box 8218, Mason, OH 45050 |
| 5094804 | | EDI: IRS.COM | Apr 21 2023 22:32:00 | INTERNAL REVENUE SERVICE, DEPT OF TREASURY, CINCINNATI, OH 45999 |
| 5000822 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 21 2023 18:33:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5087483 | | Email/Text: camanagement@mtb.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 21 2023 18:33:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5091924 | + | Email/Text: camanagement@mtb.com | Apr 21 2023 18:33:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5000823 | + | Email/Text: camanagement@mtb.com | Apr 21 2023 18:33:00 | M&T Bank Mortgage, PO Box 900, Millsboro DE 19966-0900 |
| 5000825 | + | Email/Text: camanagement@mtb.com | Apr 21 2023 18:33:00 | MandT Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5000826 | + | Email/Text: camanagement@mtb.com | Apr 21 2023 18:33:00 | MandT Bank, 1 Fountain Plaza 9th Floor, Buffalo, NY 14203-1495 |
| 5091672 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 21 2023 18:33:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5086844 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 21 2023 18:33:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5095490 | | EDI: PRA.COM | Apr 21 2023 22:32:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5000911 | + | EDI: RECOVERYCORP.COM | Apr 21 2023 22:32:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5096657 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2023 18:37:35 | PYOD, LLC its successors and assigns as assignee, of MHC Receivables, LLC and FNBM, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5074573 | | EDI: Q3G.COM | Apr 21 2023 22:32:00 | Quantum3 Group LLC as agent for, Second Round LP, PO Box 788, Kirkland, WA 98083-0788 |
| 5092411 | | EDI: Q3G.COM | Apr 21 2023 22:32:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5000830 | + | EDI: CITICORP.COM | Apr 21 2023 22:32:00 | Sears Citibank, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 5000832 | + | EDI: RMSC.COM | Apr 21 2023 22:32:00 | Synchrony Bank Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5000833 | + | EDI: RMSC.COM | Apr 21 2023 22:32:00 | Toys R Us Sychrony Bank, PO Box 965001, Orlando, FL 32896-5001 |
| 5080221 | | EDI: USBANKARS.COM | Apr 21 2023 22:32:00 | U.S. Bank National Association, dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 5000834 | + | Email/Text: vci.bkcy@vwcredit.com | Apr 21 2023 18:33:00 | VW Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 5092365 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Apr 21 2023 18:33:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| D. Troy Sellars | on behalf of Asst. U.S. Trustee United States Trustee D.Troy.Sellars@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor VW Credit  Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Michael S Travis | on behalf of Debtor 1 Nusmira Dedic travisattorney@protonmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Nusmira Dedic<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7015<br>EIN  \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  \_\_\_\_<br>EIN  \_\_–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–05071–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nusmira Dedic

4/21/23

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2